02-12-298-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00298-CV 

 

 


 
 
 In re Jake Cook
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and motion to stay
and is of the opinion that relief should be denied.  Accordingly, relator’s
petition for writ of mandamus and motion to stay are denied.

 

PER CURIAM

 

PANEL: 
GARDNER, MCCOY, and GABRIEL, JJ.

 

DELIVERED: 
July 25, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).